UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS RAY PIKEY, )<br>)<br>Defendant. ) | No. 1:19-CR-93 RLW |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni (ECF No. 66). Defendant Pikey filed a Motion to Suppress Statements (ECF No. 24) and the Government filed a Response to Defendant's Motion to Suppress Statements (ECF No. 50). Pursuant to 28 U.S.C. § 636(b), this matter was referred to Judge Crites-Leoni, who filed a Report and Recommendation on March 20, 2020. Neither party submitted objections to the Report and Recommendation within the fourteen (14) day period allowed. On May 22, 2020, Defendant filed a Notice stating that he did not intend to file objections.

The Magistrate Judge recommends that Defendant Pikey's Motion to Suppress Statements (ECF No. 24) be denied. After de novos review of this matter, this Court adopts the Magistrate Judge's recommendations.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate (ECF No. 66) is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Pikey's Motion to Suppress Statements (ECF No. 24) is **DENIED**.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of May, 2020.